UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOAQUIN ENRIQUEZ YEPIZ,            ) | |
|            ) | |
|        Plaintiff,            ) | Case  No. CV 12-05226 AJW |
|            ) | |
|    v.            ) | **J U D G M E N T** |
|            ) | |
| CAROLYN W. COLVIN,            ) | |
| **Acting Commissioner of Social**            ) | |
| **Security**,            ) | |
|            ) | |
|        Defendant.            ) | |
| _____) | |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

March 28, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge